CMR.20586

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **TISHA NICOLE JORDAN-SMITH** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No.** |
| | § | **4:10-CV-3255** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | § | |
| **TRANS UNION LLC; EQUIFAX INFORMATION** | § | |
| **SERVICES, LLC; CSC CREDIT SERVICES;** | § | |
| **ASSET ACCEPTANCE LLC; AUTO** | § | |
| **UNDERWRITERS OF AMERICA; CENTERPOINT** | § | |
| **ENERGY, INC.; CERTIFIED RECOVERY SYSTEM,** | § | |
| **INC.; CREDIT VISION, INC.; EOS CCA aka** | § | |
| **COLLECTO, INC.; HSBC BANK; MIDLAND CREDIT** | § | |
| **MGMT, INC.; MIDNIGHT VELVET aka SWISS** | § | |
| **COLONY, INC.; PLAINS COMMERCE BANK;** | § | |
| **PROCOLLECT, INC.; RETAIL MERCHANTS** | § | |
| **ASSOCIATION OF PORT ARTHUR TEXAS; RJM** | § | |
| **ACQUISITIONS LLC; RS CLARK & ASSOCIATES, INC.;** | § | |
| **SECOND ROUND LP; SEVENTH AVENUE; ZENITH** | § | |
| **ACQUISITION CORPORATION; FIRST PREMIER** | § | |
| **BANK; ER SOLUTIONS, INC.; JEFFERSON CAPITAL** | § | |
| **SYSTEM, LLC; CMRE FINANCIAL SERVICES, INC.;** | § | |
| **COLLECTION COMPANY OF AMERICA aka** | § | |
| **COLLECTO, INC.; NATIONAL CREDIT SOLUTIONS,** | § | |
| **LLC; NCO FINANCIAL SYSTEM, INC.; CITI BANK/DFS;** | § | |
| **LELAND SCOTT & ASSOCIATES, INC.; NCAC; SKY** | § | |
| **RECOVERY SERVICES, LTD.; SPECIALIZED** | § | |
| **COLLECTION SYSTEMS SYNDICATED; OFFICE** | § | |
| **SYSTEMS aka CENTRAL FINANCIAL CONTROL;** | § | |
| **PORTFOLIO RECOVERY SOLUTIONS F1, INC.; REED** | § | |
| **ELSEVIER, INC.; HARVEST ASSOCIATES, INC.; I.C.** | § | |
| **SYSTEMS, INC.; AFNI, INC.** | § | |

## ORDER ON JOINT MOTION TO DISMISS DEFENDANT CMRE

ON THIS DAY came on to be considered the parties' Joint Motion to Dismiss Defendant

CMRE Financial Services, Inc. ("CMRE"), and having considered the Motion, the prior

proceedings, and the pleadings on file, is of the opinion that same should be granted as follows:

**ORDER ON JOINT MOTION TO DISMISS DEFENDANT CMRE**                                    **Page 1**

IT IS, THEREFORE, ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that all claims asserted by Plaintiff against CMRE in this matter are DISMISSED with prejudice to their being reasserted.

All relief not expressly granted herein in favor of Plaintiff against CMRE are **DENIED**.

Each party shall bear its own costs.

SIGNED this the 27th day of September ,2010.

_____
**HONORABLE SIM LAKE**

**ORDER ON JOINT MOTION TO DISMISS DEFENDANT CMRE**                    **Page 2**