IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TISHA NICOLE JORDAN-SMITH § § Plaintiff, § § vs. § EXPERIAN INFORMATION § SOLUTIONS, INC., et al., § § Defendants. § | CASE NO. 4:10-CV-3255 |

## NOTICE OF APPEARANCE

Chad M. Pinson of the law firm of Baker Botts L.L.P. hereby enters his appearance as counsel and attorney-in-charge in the above-referenced action on behalf of Defendant CSC Credit Services, Inc. and requests that he receive electronic notice of all filings in the above-referenced action through the Court's electronic case filing system.

DAL01:1142996.1

October 12, 2010                                    Respectfully Submitted,

/s/ Chad M. Pinson

Chad M. Pinson
Attorney in Charge
Texas State Bar No. 24007849
S.D. Tex. No. 24590
chad.pinson@bakerbotts.com
James W. Bristow
Texas State Bar No. 24050325
S.D. Tex. No. 619965
james.bristow@bakerbotts.com
Tyler M. Simpson
Texas State Bar No. 24066091
S.D. Tex. No. 963448
tyler.simpson@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX  75201
Telephone:  (214) 953-6500
Fax:  (214) 953-6503

**ATTORNEYS FOR DEFENDANT
CSC CREDIT SERVICES, INC.**

DAL01:1142996.1

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 12th day of October, 2010, true and correct copies of the foregoing were served by certified mail on *pro se* Plaintiff at the address below and by the Court's electronic filing system on all other counsel of record:

        Tisha Nicole Jordan-Smith
        16247 Greenshade
        Houston, TX 77090
        Pro Se

        /s/ Chad M. Pinson
        Chad M. Pinson