IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TISHA NICOLE JORDAN-SMITH, § | |
| § | |
| Plaintiff, § | |
| § | |
| § | Civil Action No. 4:10-cv-3255 |
| v. § | |
| § | |
| NCO FINANCIAL SYSTEMS, ET AL., § | |
| § | |
| Defendants. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Tisha Nicole Jordan-Smith (Plaintiff), and Defendant, NCO Financial Systems, Inc. (NCO), have settled their claims against each other and thus file this Stipulation of Dismissal with prejudice of all claims Plaintiff made or could have made against NCO and/or all claims NCO made or could have made against Plaintiff in this matter.

Respectfully submitted,

AGREED TO:

/s/ Tisha Nicole Jordan-Smith
Tisha Nicole Jordan-Smith
16247 Greenslade
Houston, Texas 77090
tishasmith68@gmail.com

PRO SE PLAINTIFF

/s/ Jessica A. Hawkins
Jessica A. Hawkins
Sessions Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
(214) 741-3001 (Telephone)
(214) 741-3055 (Facsimile)

Attorney for Defendant,
NCO Financial Systems, Inc.

EXHIBIT A